# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**STERLING MALLORY,**

    **Petitioner,**

v.                         **Case No. 4:14cv614-MW/CJK**

**JULIE L. JONES,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Sterling S. Mallory*, Leon County Circuit Case No. 09-CF-1630, is

1

DENIED.  A Certificate of Appealability is DENIED." The Clerk shall close the file.

**SO ORDERED on September 21, 2016.**

**s/Mark E. Walker          **
**United States District Judge**
