# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**STERLING MALLORY,**

    **Petitioner,**

v.                                   **Case No. 4:14cv614-MW/CJK**

**JULIE L. JONES,**

    **Respondent.**

_____/

## AMENDED ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Petitioner's objections to the report and recommendation.[1]  ECF No. 27.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Sterling S. Mallory*, Leon County

---

[1] On August 1, 2016, this Court granted Petitioner a 45 day extension in which to file his objections. ECF No. 24. Petitioner's objections were due by September 16, 2016.  Petitioner's objections were received on September 21, 2016.

1

Circuit Case No. 09-CF-1630, is DENIED.  A Certificate of Appealability is DENIED." The Clerk shall close the file.

**SO ORDERED on September 22, 2016.**

                                        <u>s/Mark E. Walker            </u>____
                                        **United States District Judge**